| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dearie, Raymond J. | 2. Court or Organization<br><br>Eastern District of New York | 3. Date of Report<br><br>01/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>United States District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination       Date<br>☐ Initial    ☑ Annual       ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>Room 91S<br>225 Cadman Plaza East<br>Brooklyn, NY 1 1201 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Savings | A | Int./Div. | M | T | | | | | |
| 2. Citibank IRS Money Market AIC | A | Int./Div. | J | U | | | | | |
| 3. IRS Dreyfus GNMA Fund | A | Int./Div. | J | T | | | | | |
| 4. Rents received, rental unit, Brooklyn, NY | E | Rent | K | W | | | | | |
| 5. Federal Credit Union | A | Int./Div. | K | T | | | | | |
| 6. USAA Checking and Savings | A | Interest | J | T | | | | | |
| 7. First National Bank of St. Louis | A | Interest | J | T | | | | | |
| 8. Municipal Credit Union | A | Interest | J | T | | | | | |
| 9. Berkshire Hathaway Inc. | A | Dividend | K | T | | | | | |
| 10. Express Scripts Holding | A | Dividend | J | T | | | | | |
| 11. General Mills | A | Dividend | J | T | | | | | |
| 12. Nike | A | Dividend | J | T | | | | | |
| 13. Target | A | Int./Div. | J | T | | | | | |
| 14. MFS Global Equity Fund CL A | A | Int./Div. | J | T | | | | | |
| 15. MFS Int'l Diversification | A | Int./Div. | J | T | | | | | |
| 16. Fed Ex Corp | A | Dividend | J | T | | 02/19/13 | | | |
| 17. US Bank Corp | A | Dividend | J | T | | 03/25/13 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Chase | A | Dividend | J | T | | 03/25/13 | | | |
| 19. Edward Jones Investment - Act. 1 - (H) | | | | | | | | | |
| 20. Bridge Builder Bond Fund | A | | J | T | Buy | 12/06/13 | J | | |
| 21. Cba Aggressive Growth I | A | Dividend | J | T | | | | | |
| 22. Columbia Small Cap Value I | A | Dividend | J | T | | | | | |
| 23. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 24. Fundamental Investors | A | Dividend | J | T | | | | | |
| 25. Harbor Capital Appreciation | A | Dividend | J | T | | | | | |
| 26. Invesco Comstock | A | Dividend | J | T | | | | | |
| 27. JP Morgan Fed Mon Mkt | A | | J | T | | | | | |
| 28. JP Morgan High Yield | | | J | T | | | | | |
| 29. JP Morgan Mid Cap Value | A | Dividend | J | T | | | | | |
| 30. Loomis Sayle Global Bond | | None | J | U | | | | | |
| 31. Loomis Sayles Inv Grade Bd | | None | J | T | | | | | |
| 32. Metropolitan West Ttl Ret Bd | | None | J | T | | | | | |
| 33. MFS Intl New Discovery | A | Dividend | J | T | | | | | |
| 34. MFS Value | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Global Discovery Cl Z | A | Dividend | J | T | | | | | |
| 36. Pimco Total Return IV | | None | J | T | Buy | 12/17/13 | J | | |
| 37. Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 38. Ranier Small/Mid Cap Eq Insti | A | Dividend | J | T | | | | | |
| 39. Scout International | A | Dividend | J | T | | | | | |
| 40. T. Rowe Price Blue Chip Gr | B | Dividend | J | T | | | | | |
| 41. T. Rowe Price Intl Bd | | None | J | T | | | | | |
| 42. T. Rowe Price Intl Stock | A | Dividend | J | T | | | | | |
| 43. Edward Jones Act. 2 - Roth IRA - (H) | | | | | | | | | |
| 44. Bridge Builder Bond Fund | | None | J | T | | | | | |
| 45. Capital World Bond | | None | J | T | | | | | |
| 46. Cba Aggressive Growth I | A | Dividend | J | T | | | | | |
| 47. Columbia Acord International | A | Dividend | J | T | | | | | |
| 48. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 49. Europacific Growth | A | Dividend | J | T | | | | | |
| 50. Franklin Mutual Shares Cl Z | A | Dividend | J | T | | | | | |
| 51. Harbor International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ironbridge Smid Cap | A | Dividend | J | T | | | | | |
| 53. Jh Disciplined Value Mid Cap | A | Dividend | J | T | | | | | |
| 54. JP Morgan Fed Mon Mkt | | None | J | T | | | | | |
| 55. Mainstay Icap Select Equity | A | Dividend | J | T | | | | | |
| 56. Manning & Napier Equity | A | Dividend | J | T | | | | | |
| 57. Metropolitaqn West Ttl Ret Bd | | None | J | T | | | | | |
| 58. MFS International Value | A | Dividend | J | T | | | | | |
| 59. MFS Value | A | Dividend | J | T | | | | | |
| 60. Pimco Total Return IV | | None | J | T | | | | | |
| 61. Prudential High-Yield | A | Dividend | J | T | | | | | |
| 62. T Rowe Price Instl Lrg Cp Gr | A | Dividend | J | T | | | | | |
| 63. T Rowe Price Intl Stock | A | Dividend | J | T | | | | | |
| 64. Victory Small Company Opport | A | Dividend | J | T | | | | | |
| 65. Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 66. Edward Jones Act. 3 - Traditional IRA-(H) | | | | | | | | | |
| 67. Bridge Builder Bond Fund | | None | J | T | | | | | |
| 68. Cba Aggressive Growth I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Columbia Small Cap value I | A | Dividend | J | T | | | | | |
| 70. Dodge & Cox Stock | | None | J | T | | | | | |
| 71. Fundamental Investors | A | Dividend | J | T | | | | | |
| 72. Harbor Capital Appreciation | A | Dividend | J | T | | | | | |
| 73. Invesco Comstock | | None | J | T | | | | | |
| 74. JP Morgan Fed Mon Mkt | | None | J | T | | | | | |
| 75. JP Morgan High Yield | A | Dividend | J | T | | | | | |
| 76. JP Morgan Mid Cap Value | A | Dividend | J | T | | | | | |
| 77. Loomis Sayles Global Bond | A | Dividend | J | T | | | | | |
| 78. Loomis Sayles Inv Grade Bd | A | Dividend | J | T | | | | | |
| 79. Metropolitan West Ttl Ret Bd | A | Dividend | J | T | | | | | |
| 80. MFS Intl New Discovery | A | Dividend | J | T | | | | | |
| 81. MFS Value | A | Dividend | J | T | | | | | |
| 82. Mutual Global Discovery Cl Z | A | Dividend | J | T | | | | | |
| 83. Pimco Total Return IV | A | Dividend | J | T | | | | | |
| 84. Prudential Jenn Mid Cap Gr | A | Dividend | J | T | | | | | |
| 85. Ranier Small/Mid Cap Eq Instl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Scout International | A | Dividend | J | T | | | | | |
| 87. T. Rowe Price Blue Chip Gr | A | Dividend | J | T | | | | | |
| 88. T. Rowe Price Intl Bd | | None | J | T | | | | | |
| 89. T. Rowe Price Intl Stock | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dearie, Raymond J. | 01/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional investments reported ▒▒▒▒▒▒▒▒▒▒▒▒▒ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond J. Dearie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544